IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-495-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROMAR LESHAWN BARTEE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a reply to defendant's response in opposition not later than July 2, 2021.

SO ORDERED. This 29 day of June 2021.

JAMES C. DEVER III
United States District Judge