UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-00495 - D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER OF DISMISSAL OF |
| | ) | COUNTS ONE AND TWO |
| | ) | OF THE INDICTMENT |
| ROMAR LESHAWN BARTEE, JR. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Counts One and Two of the Indictment against the above-captioned Defendant, with prejudice, in that the evidence no longer supports this prosecution.

Respectfully submitted this 6th day of July 2021.

G. NORMAN ACKER, III
Acting United States Attorney

/s/Daniel William Smith
Daniel William Smith
Assistant United States Attorney
North Carolina Bar No. 49523

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 7/7/21

JAMES C. DEVER III
United States District Judge