# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### Case No: 5:20-CR-495-1D

**UNITED STATES OF AMERICA**

**vs.**                                                  **ORDER**

**ROMAR LESHAWN BARTEE JR.**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on July 13, 2021 be turned over to <u>Officer Lee Harman</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 10 | Red bag |
| 12 | Glock Magazine from Car |
| 22 | Glock GMBH, Model 17 Gen 5, 9mm pistol, serial number BFKR943 |
| 25 | Magazine for Glock |
| 24 | Ammunition Bagged; 17 rounds |
| 27 | Bagged Clonazolam |

This 13th day of July, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____