UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:20-CR-495-1D

**UNITED STATES OF AMERICA**

vs.                                                                                             **ORDER**

**ROMAR LESHAWN BARTEE JR.**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on July 14, 2021 be turned over to <u>Officer Lee Harman</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 41 | Blue Clothing |

This 14th day of July, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____