IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00495-D

UNITED STATES OF AMERICA :
:
v. :
:
ROMAR LESHAWN BARTEE, JR. :

## ORDER OF FORFEITURE

WHEREAS, after trial, a jury rendered a verdict finding the defendant guilty of Count Three of the Criminal Indictment on July 15, 2020;

AND WHEREAS, pursuant to all evidence of record in this matter, including all evidence presented at trial, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), to wit; One (1) Glock Model 17 9mm caliber pistol bearing serial number BFKR943, and associated ammunition;

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the entry of the verdict as to the defendant and all evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P.

32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 22 day of October, 2021.

JAMES C. DEVER III
United States District Judge