UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION Criminal
No. 5:20-CR-00495-1-D
Civil No. 5:24-CV-00102-**D**

| | | |
|---|---|---|
| Romar Leshawn Bartee, Jr., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _8_ day of April, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE